

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2015

No. 04-14-00814-CR

Jacob Randall **SONGER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 13-272-CR
Honorable Bill R. Palmer, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED.  Time is extended to July 10, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:　　Nicole S. Bishop                                  Harold J. Danford
　　　　Kendall County Attorney's Office          Danford Law Firm
　　　　201 E San Antonio Ave Ste 306             813 Barnett Street
　　　　Boerne, TX 78006-2013                         Kerrville, TX 78028